| For Clerk's Office Use | |
|---|---|
| Judge | Rec'd |
| B | |

CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE, VA
FILED

AUG 25 2023

LAURA A. AUSTIN, CLERK
BY: /s/ A. Green
DEPUTY CLERK

IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTICT
OF VIRGINIA

For use by inmates filing a complaint under **CIVIL RIGHTS ACT, 42 U.S.C. §1983**

EFRAIM AMATU Mikwibi
Plaintiff full name

1452019
Inmate No.

v.

CIVIL ACTION NO. 7.23CV552

RICK White, WARDen et-AL
Defendant(s) full name(s)

*********************************************************************************************

A. Current facility and address: Red onion STAte prison PO Box 910 Pound VA 24279

B. Where did this action take place? Medical Department/Housing Unit

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

___ Yes   ✓ No

If your answer to A is Yes, answer the following:

1. Court: _____
2. Case Number: _____

D. Have you filed any grievances regarding the facts of this complaint?

✓ Yes   ___ No

1. If your answer is Yes, indicate the result:

No Accountability

2. If your answer is No, indicate why:

E. Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes.** If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

SEE Attached Petition.

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:

F. State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

$100,000 Individually

G. If this case goes to trial do you request a trial by jury?   Yes ✓   No ____

H. If I am released or transferred, I understand it is my responsibility to immediately notify the court in writing of any change of address after I have been released or transferred or my case may be dismissed.

DATED: August 6, 2023   SIGNATURE: _____

VERIFICATION:
I, EFRAIM MEKWNSE, state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertations are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: _____   SIGNATURE: _____

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

EFRAIM AMATO Mikwibi, Plaintiff
V.                                              CiViL Action NO. _____
Red onion STATE prison, Defendent(s)
RICK White, WARDen
MEDicaL Department
Np. Jessie
DR. Fox
Physical Therapist, NAme UNKnown


Comes Now The Above PLAintiff persuant To CiViL Rights Act, 42 U.S.C. 1983 File This Complaint for The following Reasons:

1) on 9.27.22 The Red onion state prison medical Provided me To perform some exercises from a Unknown outside physical Therapist which Result In my Right Collarbone Being broken by which mak Red onion STAte prison personal Including The Unknow Company The physical Therapist work for... Under There Third party Contract —

—1—

IN Regards To Liable, Liability of my broken Shoulder which the party or parties I named as defendant(s) are responsible for the Injuries I received... which my Injury I sustained as a direct and proximate cause of the actions Inactions, neglience or fault of the Defendant I have suffered great physical pain and/or emotional distress and will continue to incur medical treatment and bills upon my Release

2) On 9-27-22 I Alerted Rosp Night Shift Officers and the medical staff here at Red Onion State Prison of my Injuries numerous of times In which I was Denied medical Attention pertaining to my serious medical need.. I was forced to suffer In pain All Night Long, Lying on the floor As my celli partner had to help me write request forms etc...

3) Furthermore, I seen Red Onion State Prison Dotor MR. Fox who Also Listen to NP Jessie Failed to properly Refer me due to he told her "It's whatever she wants to do" etc As he saw that I needed to be Refered To have MRI/Cat Scan...

-3-

## QUESTIONS PRESENTED

1a) Did The Defendants Actions, Inactions, Negligence or fault caused me To Suffered great physical pain and/or emotional distress, have To my persons?

2a) Did The Defendants violated my U.S.C Rights By Not providing my persons with Medical Attention??? But In FACT denied Me Medical Attention...

3a) Did DR. Fox violated my U.S.C Rights By Not Refering me To Get MRI/catscan To see what was really wrong with my Broken collarbone, But he Did In Fact listen To N.P. Jessiee by not Sending me??

## CONCLUSION

Wherefor, plaintiff demAnds Judgement Against the Defendant(s) Jointly and Severall IN the Amounts of $100,000 and his cost In this behalf expended...

(Signature)

-4-

# AFFIDAVIT

STATE OF VIRGINIA CITY/COUNTY OF WISE, TO-WIT:

This is to certify that Efraim M'Kieta personally appeared before me and made oath that the forgoing petition is true and correct to the best of his knowledge and belief and signed and acknowledge the same before me, on the 1st day of August, 2023

My Commission Expires 10/31/2026

Notary Public

DEVIN DOTSON
NOTARY PUBLIC
REG. #7973941
MY COMMISSION EXPIRES
10/31/2026
COMMONWEALTH OF VIRGINIA

-5-

EFRAIM MIKWIBI #1
RED ONION STATE PRISON
P.O. BOX 970
POUND, VERGINIA 24279

1452019

CLERK, UNITED STATES DISTRICT COURT
210 FRANKLIN ROAD, SW SUITE 540
ROANOKE, VIRGINIA 24011

7021 2720 0000 0881 1458

US POSTAGE — PITNEY BOWES
ZIP 24279 $008.15⁰
02 4W
0000366944 AUG 23 2023

VA DEPTARTMENT OF CORRECTIONS HAS NEITHER CENSORED OR INSPECTED ITEM THEREFORE THE DEPARTMENT DOES NOT ASSUME ANY RESPONSIBILITY FOR IT'S CONTENTS

RECEIVED DATE
AUG 23 2023
MAILROOM