CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

August 28, 2024
LAURA A. AUSTIN, CLERK
BY: /s/T. Taylor
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **EFRAIM AMATU MIKWIBI,** ) | |
| Plaintiff, ) | Civil Action No. 7:23cv552 |
| ) | |
| v. ) | ORDER |
| ) | |
| **RICK WHITE, Warden, et al.,** ) | By: Robert S. Ballou |
| Defendants. ) | United States District Judge |

Plaintiff, proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. By order entered April 11, 2024 (ECF No. 32), the court directed plaintiff to pay in full the balance of the filing fee, plus the $55.00 administrative fee, within 30 days of the order, or otherwise respond to the order.

More than 30 days have elapsed, and the plaintiff has neither paid the filing fee nor contacted the court. Accordingly, it is **ORDERED** that the complaint is **DISMISSED without prejudice** and the case is **STRICKEN** from the active docket of the court. It is further ordered that the Motion to Dismiss (ECF No. 17) and the Motion for Summary Judgment (ECF No. 22) are dismissed as moot.

The Clerk is directed to send a copy of this Order to the plaintiff.

Enter: August 28, 2024

/s/ *Robert S. Ballou*

Robert S. Ballou
United States District Judge